UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Northwest Laborers-Employers Health & Security Trust, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Construction Ahead, Inc.,<br><br>  Defendant. | CASE NO. 23-cv-1509-JHC<br><br>ORDER |

Federal Rule of Civil Procedure 4(m) requires Plaintiffs to serve Defendant with a summons and a copy of the complaint within 90 days after the complaint is filed. If service is not effectuated in this timeframe, the Court "must dismiss the action without prejudice against that defendant," unless Plaintiffs can demonstrate good cause. *Id.*

Plaintiffs failed to serve Defendant within the 90-day time frame. On February 9, 2024, the Court ordered Plaintiffs to show cause within ten days why this action should not be dismissed for failure to comply with Rule 4(m). Dkt. # 5. Plaintiffs did not respond to the Order to Show Cause.

Thus, pursuant to Rule 4(m), the Court DISMISSES this case without prejudice.

Dated this 22nd day of February, 2024.

ORDER - 1

1

*John H. Chun*

John H. Chun
United States District Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2